IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

INGENUITY13 LLC, )
)
        Plaintiff, )
)
v. ) Civil Action No. 3:12CV834-HEH
)
DOE, )
)
        Defendant. )

## ORDER
(Denying Discovery Motion)

THIS MATTER is before the Court on Plaintiff Ingenuity13 LLC's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference ("First Motion," ECF No. 11), filed on January 16, 2013. Plaintiff's First Motion was incorrectly styled, referring to a different plaintiff and case number. Plaintiff filed a correctly styled Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference on January 18, 2013 ("Second Motion," ECF No. 13). The Court construes the Second Motion as an amendment of the First Motion. Accordingly, it is HEREBY ORDERED that the First Motion is DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                            /s/
                                           Henry E. Hudson
                                           United States District Judge

Date: Jan 24 2013
Richmond, Virginia